**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| LIGHTSPEED CLEC, INC., Plaintiff, vs. LIGHTSPEED CONSTRUCTION GROUP LLC, Defendant. | ) | Case No. 8:23-cv-00097-KKM-TGW |

# JOINT PRETRIAL STATEMENT

Pursuant to Local Rule 3.06, Plaintiff, Lightspeed CLEC, Inc. ("***Plaintiff***"), and Defendant, Lightspeed Construction Group LLC ("***Defendant***"), respectfully file their Joint Pretrial Statement.

## I. Basis for the Court's Jurisdiction

This is an action for trademark infringement under the Lanham Act, 15 U.S.C.A. § 1114; false designation of origin or false description under the Lanham Act, 15 U.S.C.A. § 1125(a); and for unfair competition under Florida common law. The federal law claims asserted in this action arise under the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq.* This Court has original jurisdiction over these claims pursuant to 15 U.S.C. § 1121(a), 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a) in that this Complaint states an action

based upon a federal question relating to trademarks. The state law claim of common law unfair competition asserted in this action is so related to the federal law claims asserted in this action that they form part of the same case or controversy under Article III of the United States Constitution. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a). This Court also has original jurisdiction over the state law claim of common law unfair competition asserted in this action pursuant to 28 U.S.C. § 1338(b) because it is joined with substantial and related claims asserted under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

## II. Concise Statement of the Action

Plaintiff sued Defendant for infringement of registered trademarks under the Lanham Act, 15 U.S.C.A. § 1114, false designation of origin under the Lanham Act 15 U.S.C.A. § 1125(a), and unfair competition under Florida common law. Defendant denies that there is a likelihood of confusion between the parties' marks. Plaintiff seeks a permanent injunction, Defendant's profits under 15 U.S.C. §1117(a), trebled if appropriate, pre- and post-judgment interest, along with its costs and attorneys' fees. Defendant seeks recovery of its costs and attorneys' fees. The parties have stipulated to a bench trial.

## III. Concise Statement of Each Party's Position

### A. Plaintiff's Statement

1. Plaintiff's Trademark Rights.

Plaintiff, Lightspeed CLEC, Inc.,[1] has used the LIGHTSPEED mark in its business since at least as early as 2009. Plaintiff is a Florida-based provider of telecommunications services (including VoIP and PBX services),[2] with customers located in all 50 states. A core facet of Plaintiff's business is building telecommunication infrastructures for its clients, including designing, building, implementing, and operating data center infrastructures and client sites.

Plaintiff owns valid and protectable rights under the following United States trademark registrations:

| Reg. No. | Mark | Services |
|---|---|---|
| 6,410,085 | LIGHTSPEED | Hosted PBX services; telecommunication services, namely, local and long distance transmission |

[1] CLEC is an acronym for "competitive local exchange carrier." A competitive local exchange carrier is a telecommunications provider or carrier that competes with established carriers ("Incumbent Local Exchange Carriers" or ILECs) following the 1996 Telecommunications Act that removed prohibitions on competitive local service. ILECs are also known as incumbents, tier-one providers, or phone companies, while CLECs are the phone company's competitors – tier two providers or resellers. For example, AT&T and Verizon are ILECs, while Plaintiff is a CLEC.

[2] Voice over Internet Protocol (VoIP) is a technology that allows users to make phone calls and other types of communication over the internet instead of using a traditional phone line. Private Brand Exchange (PBX) is a hardware system that manages a company's internal telephone network, including routing and switching calls between the business and the public switched telephone network. PBXs are responsible for many phone features, such as inbound and outbound calls, call forwarding, voicemail, call routing, and call management.

| | | |
|---|---|---|
| | | of voice, data, graphics and video by means of broadband, copper and optical or wireless networks; telecommunication services, namely, providing advanced calling features; text messaging services; Voice over internet protocol (VOIP) services |
| 6,410,087 | LIGHTSPEED | Software as a service (SAAS) services, namely, hosting software for use by others for use in customer relationship management, reporting and communications, and providing metrics for business and employee productivity and customer satisfaction |
| 5,947,381 | LIGHTSPEED VOICE | Telecommunication services, namely, local and long distance transmission of voice, data, graphics and video by means of broadband, copper and optical or wireless networks; telecommunication services, namely, providing advanced calling features; text messaging services; hosted PBX services; voice over internet protocol (VOIP) services |
| 5,744,207[3] | LIGHTSPEED VOICE | Software as a service (SAAS) services, namely, hosting software for use by others for use in customer relationship management, reporting and communications, and providing metrics for business and employee productivity and customer satisfaction |

[3] A declaration of continued use and incontestability was filed in connection with this registration on July 31, 2024. Plaintiff's right to use the mark in commerce for the services listed in the registration is "incontestable" under 15 U.S.C. § 1065.

Plaintiff also owns valid and protectable rights in the marks LIGHTSPEED and LIGHTSPEED VOICE under Florida common law.

2. Defendant's Infringement.

A likelihood of confusion analysis involves two steps. At step one, the court considers a collection of factors intended to root out circumstantial evidence of likelihood of confusion. *FCOA LLC v. Foremost Title & Escrow Servs. LLC*, 57 F.4th 939, 947 (11th Cir. 2023) (citing *Fla. Int'l Univ. Bd. of Trs. v. Fla. Nat'l Univ., Inc.*, 830 F.3d 1242, 1255 (11th Cir. 2016)). "[E]ach of these factors is analytically a separate factual inquiry relevant to, but ultimately independent of, likelihood of confusion." *Id.* at 947 n.12. There are seven factors: (1) the strength or distinctiveness of the mark alleged to have been infringed; (2) similarity of the infringed and infringing marks; (3) similarity between the goods or services offered under the two marks; (4) similarity of the actual sales methods used by the two parties, such as their sales outlets and customer base; (5) similarity of advertising methods; (6) intent of the alleged infringer to misappropriate the proprietor's good will; and (7) existence and extent of actual confusion in the consuming public. *Welding Servs., Inc. v. Forman*, 509 F.3d 1351, 1360 (11th Cir. 2007).

At step two, the court weighs each of the circumstantial facts gleaned from analyzing the factors listed above – independently and then together – and determines whether there is a likelihood of confusion. *FCOA*, 57 F.4th

at 947. Courts are cautioned to not apply the factors mechanically: "We do not decide which party is favored by each factor, tally up the score, and hold in favor of the party with the most points." *Yellowfin Yachts, Inc. v. Barker Boatworks, LLC*, 898 F.3d 1279, at 1289 (11th Cir. 2018).

Here, Plaintiff's LIGHTSPEED mark is a strong, federally-registered mark, which has been in use for more than 15 years, since at least 2009. Defendant began using the LIGHTSPEED mark in connection with its business on or about January 1, 2022. Defendant holds itself out as a designer, builder, and installer of communications infrastructure. As such, the parties' marks are identical and their services overlap or are very closely related.

Furthermore, Defendant's counsel commissioned a trademark search for the LIGHTSPEED mark prior to commencing use of the mark, which showed Plaintiff's prior use and registration of the LIGHTSPEED mark. Defendant is not relying on an "advice of counsel" defense and has declined to disclose its trademark counsel's advice as to whether the LIGHTSPEED mark was available for use and federal registration at the time Defendant began using the mark. In addition, Defendant was put on notice of its infringement on December 8, 2022, yet has not to date taken any action to cease and desist from its infringement of the LIGHTSPEED mark.

Finally, Defendant's action has resulted in actual confusion. Recently, Plaintiff received a call from a consumer complaining about Defendant, who

mistakenly contacted Plaintiff. Actual confusion is the best evidence of likely confusion, and actual confusion is present here.

When this Court weighs each of the circumstantial facts gleaned from analyzing the factors listed above – independently and then together – it will find that Defendant's junior use of the LIGHTSPEED mark is likely to cause confusion, mistake, or deception.

Issues relating to Defendant's services frequently arise. Defendant's customer Charter Communications Operating, LLC d/b/a Spectrum produced a 27-page long chart of damage claims resulting from Defendant's services for the period spanning from December 22, 2022 through December 28, 2023. This does not take into account similar claims that have likely arisen before and after that time period. In addition, Defendant frequently receives negative reviews on Google. If issues of this nature are mistakenly attributed to Plaintiff due to Defendant's use of a mark identical to Plaintiff's, Plaintiff's reputation may be irreparably harmed. Indeed, this sort of confusion is already occurring, as noted above.

As a result, Plaintiff seeks a permanent injunction, disgorgement of Defendant's wrongfully gained profits, interest, attorney's fees, and costs.

B. <u>Defendant's Statement</u>

Plaintiff is a telecommunications company that sells, installs and maintains VOIP telecommunications systems for small businesses such as insurance agencies. Defendant is a construction company that builds large-

scale communications infrastructure for fewer than 20 large companies and government entities. Plaintiff uses the marks LIGHTSPEED and LIGHTSPEED VOICE, and Defendant uses the mark LIGHTSPEED CONSTRUCTION GROUP, but the common use of the term "Lightspeed" is where the similarities between the two companies end.

The parties' common use of the "Lightspeed" term is unlikely to create consumer confusion for a number of reasons, not the least of which is that Plaintiff's small business customers cannot purchase Defendant's large-scale construction services. Defendant's customers are limited to a handful of large companies, such as Comcast Cable and Charter Communications, who hire Defendant based on past relationships, willingness to work for set rates, and a lengthy qualification process. The Defendant does not engage in any advertising or marketing to consumers. It is not possible for the Plaintiff's small business customers to end up in the Defendant's sales channels, and even if they could, they would quickly realize that Defendant does not provide any of the services that they are seeking.

Plaintiff's claims also fail because the Plaintiff's mark is weak. The Plaintiff's mark is just one "Lightspeed" in a sea of other "Lightspeed" trademarks offering identical or similar services. This is unsurprising, as the

LIGHTSPEED mark alludes to the speed of the services provided by Plaintiff and its competitors, a factor that is important to Plaintiff's customers.

There is no evidence Defendant adopted its mark with intent to confuse consumers and there is no evidence of actual confusion.

Plaintiff's likelihood of confusion claim is not based on any possibility that Plaintiff's customers are likely to be confused in their purchasing decision, but rather that the Defendant's use of LIGHTSPEED CONSTRUCTION GROUP may tarnish Plaintiff's reputation. But the Plaintiff has not made any claim of dilution by tarnishment in this case, nor could it because Plaintiff cannot show that its mark is the type of household name that the dilution statute is intended to protect. Nor has Plaintiff shown that Defendant's use of LIGHTSPEED CONSTRUCTION GROUP has caused it any damages at all: Plaintiff has not lost any sales, engaged in any corrective advertising, or provided evidence of any actual consumer confusion that has resulted in any damage to the Plaintiff.

Plaintiff's claims should be dismissed and Defendant awarded its attorney's fees and costs in defending this action.

## IV. List of Exhibits to be Offered at Trial and Objections Thereto

A. Plaintiff's Exhibit List is attached hereto as Exhibit 1. Its objections to Defendant's exhibits are attached hereto as Exhibit 2.

B. Defendant's Exhibit List is attached hereto as Exhibit 3. Its objections to Plaintiff's exhibits are attached hereto as Exhibit 4.

## V. List of All Witnesses

A. Plaintiff's Witness List is as follows:

Brad Fuller – will testify

Anita Anger – will testify

Thomas E. Barnes – will testify by deposition

Charter Communications Operating, LLC d/b/a Spectrum – may testify

All witnesses on Defendant's Witness List

B. Defendant's Witness List is as follows:

Thomas E. Barnes – will testify

Brad Fuller – will testify by video deposition and may testify live

## VI. List of All Expert Witnesses

None.

## VII. Breakdown of the Type and Amount of Monetary Damages

Plaintiff seeks disgorgement of Defendant's profits attributable to Defendant's infringement as permitted by 15 U.S.C. § 1117(a), subject to principles of equity, enhanced if this Court finds Plaintiff's recovery based on profits inadequate.

Plaintiff seeks interest on any award.

Plaintiff seeks its costs and attorney's fees.

Defendant seeks its costs and attorney's fees.

## VIII. List of All Depositions and Designations to be Offered in Evidence at Trial

A. Plaintiff's (1) Deposition Designations and (2) Counter-Designations and Objections to Defendant's Deposition Designations are attached hereto as Exhibit 5.

B. Defendant's Deposition Designations, Counter-Designations and Objections to Plaintiff's Deposition Designations are attached hereto as Exhibit 6.

## IX. Concise Statement of Each Admitted Fact

1. Plaintiff owns United States Registration No. 6,410,085 for the mark LIGHTSPEED for "hosted PBX services; telecommunication services, namely, local and long distance transmission of voice, data, graphics and video by means of broadband, copper and optical or wireless networks; telecommunication services, namely, providing advanced calling features; text messaging services; Voice over internet protocol (VOIP) services."

2. Plaintiff owns United States Registration No. 6,410,087 for the mark LIGHTSPEED for "software as a service (SAAS) services, namely, hosting software for use by others for use in customer relationship management, reporting and communications, and providing metrics for business and employee productivity and customer satisfaction."

3. Plaintiff owns United States Registration No. 5,947,381 for the mark LIGHTSPEED VOICE for "telecommunication services, namely, local and long distance transmission of voice, data, graphics and video by means of broadband, copper and optical or wireless networks; telecommunication services, namely, providing advanced calling features; text messaging services; hosted PBX services; voice over internet protocol (VOIP) services."

4. Plaintiff owns United States Registration No. 5,744,207 for the mark LIGHTSPEED VOICE for "software as a service (SAAS) services, namely, hosting software for use by others for use in customer relationship management, reporting and communications, and providing metrics for business and employee productivity and customer satisfaction."

5. Plaintiff filed a declaration of continued use and incontestability for United States Registration No. 5,744,207 on July 31, 2024.

## X. Concise Statement of Agreed Principles of Law

1. To prevail on its claim for infringement of a registered mark, Plaintiff must show that Defendant used in commerce a reproduction, counterfeit, copy, or colorable imitation of a registered mark owned by Plaintiff in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which

such use is likely to cause confusion, or to cause mistake, or to deceive. 15 U.S.C. § 1114(a).

2. There are seven factors considered in a likelihood of confusion analysis: "(1) the strength of the allegedly infringed mark; (2) the similarity of the infringed and infringing marks; (3) the similarity of the goods and services the marks represent; (4) the similarity of the parties' trade channels and customers; (5) the similarity of advertising media used by the parties; (6) the intent of the alleged infringer to misappropriate the proprietor's good will; and (7) the existence and extent of actual confusion in the consuming public." *FCOA*, 57 F.4th at 947 (quoting *Fla. Int'l Univ. Bd. of Trs. v. Fla. Nat'l Univ., Inc.*, 830 F.3d 1242, 1255 (11th Cir. 2016)).

3. This Court has the power to grant an injunction, according to the principles of equity and upon such terms as this Court may deem reasonable, to prevent the violation of any right of a registrant of a mark registered in the United States Patent and Trademark Office or to prevent a violation under 15 U.S.C. § 1125(a).

4. This Court in exceptional cases may award reasonable attorney fees to the prevailing party in a case brought under 15 U.S.C. §§ 1114 or 1125.

## XI. Concise Statement of Issues of Fact Which Remain to be Litigated

1. The strength of Plaintiff's LIGHTSPEED and LIGHTSPEED VOICE marks.

2. Whether the services offered under Plaintiff's LIGHTSPEED and LIGHTSPEED VOICE marks are the same as or closely related to the services offered under Defendant's LIGHTSPEED mark.

3. Whether the sales and advertising methods used by Plaintiff and Defendant are the same or similar.

4. Whether Plaintiff's and Defendant's sales outlets and customer bases are the same or similar.

5. Whether the parties' customer bases are sophisticated.

6. Whether Defendant intended to misappropriate Plaintiff's good will in the LIGHTSPEED mark.

7. Whether Plaintiff has encountered actual confusion in the consuming public, as a result of Plaintiff's and Defendant's concurrent use of the LIGHTSPEED mark.

8. Whether Plaintiff's LIGHTSPEED mark and Defendant's LIGHTSPEED mark are confusingly similar.

9. Whether Plaintiff is likely to be irreparably harmed by Defendant's continued use of its LIGHTSPEED mark.

10. If Plaintiff prevails in any of its claims, the appropriate remedy or remedies to impose.

## XII. Concise Statement of Issues of Law to be Determined by the Court

1. If Defendant infringed Plaintiff's trademark rights, whether Plaintiff is entitled to an award of Defendant's profits.

2. If Defendant infringed Plaintiff's trademark rights, whether Plaintiff is entitled to an enhanced or reduced award of profits.

3. If Defendant infringed Plaintiff's trademark rights, whether Plaintiff is entitled to costs and/or attorney's fees.

4. If Defendant infringed Plaintiff's trademark rights, whether Plaintiff is entitled to injunctive relief.

5. If Defendant has not infringed Plaintiff's trademark rights, whether Defendant is entitled to an award of costs and/or attorneys' fees.

## XIII. List of Pending Motions and Other Unresolved Matters

1. Defendant's Motion in Limine No. 1: to Exclude Third Party Log of Customer Complaints

2. Defendant's Motion in Limine No. 2: to Exclude Plaintiff's Printout of Google Reviews

## XIV. Statement of the Usefulness of Further Settlement Discussions

The parties previously mediated this matter early in the litigation and discussed settlement without success. A settlement conference with a United States Magistrate Judge may be helpful in resolving the parties' dispute.

## XV. Certification of Trial Counsel

In preparing this final pretrial statement, we have aimed for the just, speedy, and inexpensive resolution of this action.

Respectfully submitted,

/s/ J. Todd Timmerman
J. Todd Timmerman (Lead Counsel)
Florida Bar No. 0956058
ttimmerman@shumaker.com
Mindi M. Richter
Florida Bar No. 00044827
mrichter@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile No.: (813) 229-1660

Douglas A. Cherry
Florida Bar No. 0333130
dcherry@shumaker.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue
10th Floor
Sarasota, Florida 34236
Telephone No.: (941) 366-6660
Facsimile No.: (941) 366-3999

*Counsel for Plaintiff, Lightspeed CLEC, Inc.*

/s/Jeffrey T. Norberg
Jeffrey T. Norberg (Lead Counsel)
*Pro Hac Vice*
jnorberg@nealmcdevitt.com
Amber R. Brumfiel
*Pro Hac Vice*
abrumfiel@nealmcdevitt.com
Neil & McDevitt, LLC
1776 Ash Street
Northfield, Illinois 60093
Telephone: (847) 441-9100
Facsimile: (847) 441-0911

David K. Friedland
Florida Bar No. 833479
dkf@friedlandvining.com
Friedland & Vining, P.A.
9100 South Dadeland Avenue
Suite 1620
Miami, Florida 33156
Telephone: (305) 777-1721

*Counsel for Defendant, Lightspeed Construction, LLC*

**Exhibit 1**

**Plaintiff's Trial Exhibit List**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1. | | | | U.S. Registration No. 6,410,085 for LIGHTSPEED (Amended Complaint Ex.1) |
| 2. | | | | U.S. Registration No. 6,410,087 for LIGHTSPEED (Amended Complaint Ex. 2) |
| 3. | | | | U.S. Registration No. 5,947,381 for LIGHTSPEED VOICE (Amended Complaint Ex. 3) |
| 4. | | | | U.S. Registration No. 5,744,207 for LIGHTSPEED VOICE (Amended Complaint Ex. 4) |
| 5. | | | | Web page located at https://lightspeedcg.com (Amended Complaint Ex. 5; P000060-65) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 6. | | | | Letter dated December 8, 2022 from Douglas A. Cherry to Defendant |
| 7. | | | | Transcript of Deposition of Corporate Representative of Lightspeed Construction Group, Thomas E. Barnes, taken November 29, 2023 |
| 8. | | | | Plaintiff Lightspeed CLEC, Inc.'s Notice of Taking Deposition of Defendant Lightspeed Construction Group LLC (Barnes Ex. 1) |
| 9. | | | | Letter dated November 29, 2021 from Lightspeed Construction Group to its Valued Customers & Trusted Colleagues (Barnes Ex. 2; LCG001421-1423) |
| 10. | | | | Email dated August 16, 2021, from Ed DeLong to Wayne Davis (Barnes Ex. 3; LCG002686) |
| 11. | | | | Email dated August 30, 2021, from Tom Barnes to Ben Rogers (email chain) (Barnes Ex. 4; LCG006022-6023) |
| 12. | | | | Email dated October 15, 2021, from Ed DeLong to Jaymie Scotto Cutala and Megan Wesley (email chain) (Barnes Ex. 5; LCG004037-4040) |
| 13. | | | | Presentation regarding Full Circle Fiber Partners (Barnes Ex. 6; LCG005070-5085) |
| 14. | | | | LinkedIn page (Barnes Ex. 8; P000066) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 15. | | | | Google reviews (Barnes Ex. 9; P000026-29) |
| 16. | | | | Email dated October 22, 2021 from Gary Chapman to Rick Jackman (email chain) (Barnes Ex. 10; LCG000353-354) |
| 17. | | | | Trademark search (Barnes Ex. 11; LCG001623-1943) |
| 18. | | | | Trademark search (Barnes Ex. 12; LCG001944-2368) |
| 19. | | | | Financial statement (Barnes Ex. 13) |
| 20. | | | | Financial statement (Barnes Ex. 14) |
| 21. | | | | Call transcript (P000265-267) |
| 22. | | | | Photograph (P000263) |
| 23. | | | | Photograph (P000264) |
| 24. | | | | Recording of call transcribed at P000265-267 |
| 25. | | | | Charter (Spectrum) damage claim log (CHRTR000001-27) |
| 26. | | | | Master Contractor Agreement dated November 13, 2023, between Charter Communications Operating, LLC and Defendant (CHRTR000028-64) |
| 27. | | | | Addendum #001 (CHRTR000065-73) |
| 28. | | | | Description of Defedant's business (LCG000003) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 29. | | | | Defendant's Brand standards kit (LCG000005-10) |
| 30. | | | | Defendant's Certificate of Formation dated September 23, 2021 (LCG000030) |
| 31. | | | | Brand and Messaging Guide (LCG000666-690) |
| 32. | | | | USPTO Trademark File (LCG001499-1549) |
| 33. | | | | Defendant's Careers web page (LCG001550-1555) |
| 34. | | | | Defendant's Communications Infrastructure Construction web page (LCG001556-1586) |
| 35. | | | | Defendant's Partners web page (LCG001567-1573) |
| 36. | | | | Defendant's Our Solutions web page (LCG001574-1579) |
| 37. | | | | Defendant's Fulfillment web page (LCG001580-1586) |
| 38. | | | | Defendant's Contact web page (LCG001587-1592) |
| 39. | | | | Defendant's Construction web page (LCG001593-1600) |
| 40. | | | | Defendant's Leadership Team web page (LCG001601-1607) |
| 41. | | | | Defendant's Engineering web page (LCG001608-1614) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 42. | | | | Defendant's About web page (LCG001615-1622) |
| 43. | | | | Consulting Services Agreement dated September 17, 2021, between Jaymie Scotto & Associates, LLC and Knight Broadband LLC (LCG002749-2760) |
| 44. | | | | LightSpeed Construction Group & JSA Agenda (LCG002768) |
| 45. | | | | Trademark Application (LCG002832-2837) |
| 46. | | | | Email dated September 30, 2021, from Ed DeLong to Wayne Davis and Kari Hourany (LCG002983-2984) |
| 47. | | | | Website Consulting Services Agreement dated October 21, 2021, between Jaymie Scotto & Associates, LLC and Knight Broadband LLC (LCG004940-4949) |
| 48. | | | | Lightspeed What We Do (Solutions) (LCG005209-5219) |
| 49. | | | | Email dated November 11, 2021, from Laurel Burton to Ed DeLong and Kari Hourany (LCG005339) |
| 50. | | | | Email dated 11/12/2021, from Laurel Burton to Ed DeLong (LCG005362) |
| 51. | | | | Financial Statement (LCG006236) |
| 52. | | | | Full Circle Fiber Partners "Lightspeed Construction Group" web page (P000030-31) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 53. | | | | USPTO TESS Printout (P000032-33) |
| 54. | | | | Lightspeed Construction Group website (P000034-59) |
| 55. | | | | Plaintiff's Lightspeed-branded advertising (P000068) |
| 56. | | | | Plaintiff's Lightspeed-branded advertising (P000069) |
| 57. | | | | Plaintiff's Lightspeed-branded advertising (P000070) |
| 58. | | | | Plaintiff's Lightspeed-branded advertising (P000071) |
| 59. | | | | Plaintiff's Lightspeed-branded advertising (P000072) |
| 60. | | | | Plaintiff's Lightspeed-branded advertising (P000073) |
| 61. | | | | Plaintiff's Lightspeed-branded advertising (P000074) |
| 62. | | | | Plaintiff's Lightspeed-branded advertising (P000075) |
| 63. | | | | Plaintiff's Lightspeed-branded advertising (P000076) |
| 64. | | | | Plaintiff's Lightspeed-branded advertising (P000077) |
| 65. | | | | Plaintiff's Lightspeed-branded advertising (P000078) |
| 66. | | | | Plaintiff's Lightspeed-branded advertising (P000079) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 67. | | | | Plaintiff's Lightspeed-branded advertising (P000080) |
| 68. | | | | Plaintiff's Lightspeed-branded advertising (P000081-82) |
| 69. | | | | Plaintiff's Lightspeed-branded advertising (P000087) |
| 70. | | | | Plaintiff's Lightspeed-branded advertising (P000090) |
| 71. | | | | Plaintiff's Lightspeed-branded advertising (P000093) |
| 72. | | | | Plaintiff's Lightspeed-branded advertising (P000110) |
| 73. | | | | Plaintiff's Lightspeed-branded advertising (P000111) |
| 74. | | | | Plaintiff's Lightspeed-branded advertising (P000112) |
| 75. | | | | Plaintiff's Lightspeed-branded advertising (P000115) |
| 76. | | | | Plaintiff's Lightspeed-branded advertising (P000116) |
| 77. | | | | Plaintiff's Lightspeed-branded advertising (P000117) |
| 78. | | | | Plaintiff's Lightspeed-branded advertising (P000118) |
| 79. | | | | Plaintiff's Lightspeed-branded advertising (P000130) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 80. | | | | Plaintiff's Lightspeed-branded advertising (P000133) |
| 81. | | | | Plaintiff's Lightspeed-branded advertising (P000139) |
| 82. | | | | Plaintiff's Lightspeed-branded advertising (P000140) |
| 83. | | | | Plaintiff's Lightspeed-branded advertising (P000141) |
| 84. | | | | Plaintiff's Lightspeed-branded advertising (P000142) |
| 85. | | | | Plaintiff's Lightspeed-branded advertising (P000143) |
| 86. | | | | Plaintiff's Lightspeed-branded advertising (P000144) |
| 87. | | | | Plaintiff's Lightspeed-branded advertising (P000146) |
| 88. | | | | Plaintiff's Lightspeed-branded advertising (P000147) |
| 89. | | | | Plaintiff's Lightspeed-branded advertising (P000150) |
| 90. | | | | Plaintiff's Lightspeed-branded advertising (P000152) |
| 91. | | | | Plaintiff's Lightspeed-branded advertising (P000153) |
| 92. | | | | Plaintiff's Lightspeed-branded advertising (P000154) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 93. | | | | Plaintiff's Lightspeed-branded advertising (P000155) |
| 94. | | | | Plaintiff's Lightspeed-branded advertising (P000156) |
| 95. | | | | Plaintiff's Lightspeed-branded advertising (P000161) |
| 96. | | | | Plaintiff's Lightspeed-branded advertising (P000162) |
| 97. | | | | Plaintiff's Lightspeed-branded advertising (P000163) |
| 98. | | | | Plaintiff's Lightspeed-branded advertising (P000164) |
| 99. | | | | Plaintiff's Lightspeed-branded advertising (P000165) |
| 100. | | | | Plaintiff's Lightspeed-branded advertising (P000166) |
| 101. | | | | Plaintiff's Lightspeed-branded advertising (P000167) |
| 102. | | | | Plaintiff's Lightspeed-branded advertising (P000168) |
| 103. | | | | Plaintiff's Lightspeed-branded advertising (P000169) |
| 104. | | | | Plaintiff's Lightspeed-branded advertising (P000171) |
| 105. | | | | Plaintiff's Lightspeed-branded advertising (P000172) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 106. | | | | Plaintiff's Lightspeed-branded advertising (P000173) |
| 107. | | | | Plaintiff's Lightspeed-branded advertising (P000175) |
| 108. | | | | Plaintiff's Lightspeed-branded advertising (P000190-91) |
| 109. | | | | Plaintiff's Lightspeed-branded advertising (P000192) |
| 110. | | | | Tampa Bay Business Journal recognition (P000095) |
| 111. | | | | Press Release (P000083-86) |
| 112. | | | | Press Release (P000088-89) |
| 113. | | | | Press Release (P000091-92) |
| 114. | | | | Newspaper Article (P000094) |
| 115. | | | | Newspaper Article (P000096) |
| 116. | | | | Newspaper Article (P000097) |
| 117. | | | | Newspaper Article (P000098) |
| 118. | | | | Newspaper Article (P000099) |
| 119. | | | | Newspaper Article (P000100) |
| 120. | | | | Newspaper Article (P000109) |
| 121. | | | | Newspaper Article (P000118) |
| 122. | | | | Newspaper Article (P000119) |
| 123. | | | | Newspaper Article (P000120) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 124. | | | | Newspaper Article (P000134) |
| 125. | | | | Newspaper Article (P000135) |
| 126. | | | | Newspaper Article (P000170) |
| 127. | | | | Thank You Letter (P000101) |
| 128. | | | | Thank You Letter (P000102) |
| 129. | | | | Recognition Letter (P000103) |
| 130. | | | | Recognition Certificate (P000104) |
| 131. | | | | Thank You Letter (P000105) |
| 132. | | | | Thank You Letter (P000106) |
| 133. | | | | Recognition Letter (P000107) |
| 134. | | | | Recognition Letter (P000108) |
| 135. | | | | Thank You Letter (P000113) |
| 136. | | | | Thank You Letter (P000114) |
| 137. | | | | Business Card (P000121) |
| 138. | | | | Recognition Ad (P000122) |
| 139. | | | | Recognition Letter (P000123) |
| 140. | | | | Recognition Letter (P000124) |
| 141. | | | | Recognition Letter (P000125) |
| 142. | | | | Recognition Letter (P000126) |
| 143. | | | | Recognition Letter (P000127) |
| 144. | | | | Recognition Letter (P000128) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 145. | | | | Recognition Letter (P000129) |
| 146. | | | | Thank You Letter (P000131) |
| 147. | | | | Recognition Certificate (P000132) |
| 148. | | | | Recognition Letter (P000136) |
| 149. | | | | Recognition Letter (P000137) |
| 150. | | | | Sponsor Badges (P000138) |
| 151. | | | | Recognition Sign (P000145) |
| 152. | | | | Recognition Certificate (P000148) |
| 153. | | | | Recognition Award (P000149) |
| 154. | | | | Recognition Letter (P000151) |
| 155. | | | | Lightspeed Solution Analysis (P000157-60) |
| 156. | | | | Customer Testimonials (P000180-89) |
| 157. | | | | Proposal for Wireless Networking (P000177-79) |
| 158. | | | | Agreement Request Form (P000187-190) |
| 159. | | | | Installation and Construction Agreement (P000210-226) |
| 160. | | | | PrismPBX Telephone System Proposal (P000227-230) |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 161. | | | | Amended Complaint and Demand for Jury Trial, Injunctive Relief Sought (Dkt. 8) |
| 162. | | | | Exhibits to Amended Complaint and Demand for Jury Trial, Injunctive Relief Sought (Dkt. 9) |
| 163. | | | | Defendant's Answer to Amended Complaint (Dkt. 17) |
| 164. | | | | Case Management and Scheduling Order (Dkt. 28) |
| 165. | | | | Plaintiff's Initial Disclosures |
| 166. | | | | Defendant's Initial Disclosures |
| 167. | | | | Plaintiff's Responses to Defendant's First Set of Interrogatories |
| 168. | | | | Plaintiff's Responses to Defendant's First Request for Production |
| 169. | | | | Plaintiff's Supplemental Response to Defendant's Interrogatory No. 9 |
| 170. | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories |
| 171. | | | | Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories |
| 172. | | | | Defendant's Responses to Plaintiff's First Request for Production |
| 173. | | | | Defendant's Supplemental Responses to Plaintiff's First Request for Production |

| EXHIBIT LIST – CONTINUATION SHEET | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 174. | | | | Defendant's Responses to Plaintiff's Second Request for Production |
| 175. | | | | Defendant's Privilege Log |
| 176. | | | | All pleadings filed in this case |
| 177. | | | | All discovery responses of the parties in this matter |
| 178. | | | | All exhibits for impeachment or rebuttal |
| 179. | | | | All exhibits identified by Defendant |
| 180. | | | | All newly discovered exhibits, upon reasonable notice to opposing counsel |

**Exhibit 2**

**Plaintiff's Objections to Defendant's Trial Exhibits**

| Exhibit No. | Description | Objections |
|---|---|---|
| 1 | Plaintiff's Responses to First Set of Interrogatories from Defendant, Ex. 2 to Deposition of Robert B. Fuller ("RBF Depo.") | |
| 2 | Marketing Flyer, Bates P000076 (RBF Depo. Ex. 3) | |
| 3 | Trademark Registration Certificates (RBF Depo. Ex. 7) | |
| 4 | Office Action (RBF Depo. Ex. 8) | Relevance; Speculation |
| 5 | Facebook Page (RBF Depo. Ex. 9) | |
| 6 | Marketing Flyer, Bates P000139 (RBF Depo. Ex. 10) | |
| 7 | Page Vault Lightspeed Network, Bates LCG006174-6176 (RBF Depo. Ex. 12) | Relevance; Speculation |
| 8 | Page Vault Lightspeed Technologies, Bates LCG006183-6187 (RBF Depo. Ex. 13) | Relevance; Speculation |
| 9 | Page Vault Lightspeed, Bates LCG006119-6123 (RBF Depo. Ex. 14) | Relevance; Speculation |

| | | |
|---|---|---|
| 10 | Page Vault Lightspeed Networks, Bates LCG006143-6145 (RBF Depo. Ex. 15) | Relevance; Speculation |
| 11 | Page Vault Lightspeed Electrical Services, Bates LCG006171-6173 (RBF Depo. Ex. 17) | Relevance; Speculation |
| 12 | Page Vault Lightspeed Communications, Bates LCG006152-6159 (RBF Depo. Ex. 18) | Relevance; Speculation |
| 13 | Page Vault Lightspeed Group, Bates LCG006095-6101 (RBF Depo. Ex. 19) | Relevance; Speculation |
| 14 | Page Vault Lightspeed Utility Contractor Trenching & Boring Specialists, Bates LCG006188-6194 (RBF Depo. Ex. 20) | Relevance; Speculation |
| 15 | Page Vault Lightspeed TV-Internet-Phone, Bates LCG006146-6148 (RBF Depo. Ex. 21) | Relevance; Speculation |
| 16 | Page Vault Lightspeed Communications, Bates LCG006072-6074 (RBF Depo. Ex. 22) | Relevance; Speculation |
| 17 | Page Vault Lightspeed Mobile, Bates LCG006111-6118 (RBF Depo. Ex. 23) | Relevance; Speculation |
| 18 | Page Vault Lightspeed Technologies, Inc., Bates LCG006149-6151 (RBF Depo. Ex. 24) | Relevance; Speculation |

| | | |
|---|---|---|
| 19 | Page Vault Lightspeed Technologies, Bates LCG006124-6127 (RBF Depo. Ex. 25) | Relevance; Speculation |
| 20 | Page Vault Lightspeed Business, Bates LCG006108-6110 (RBF Depo. Ex. 26) | Relevance; Speculation |
| 21 | Lightspeed Construction Group Letter, LCG001421-1423, Ex. 2 to Deposition of Thomas E. Barnes ("TEB Depo.") | |
| 22 | Lightspeed competitor email, LCG004037-4040, TEB Depo. Ex 5 | |
| 23 | Full Circle Fiber Partners marketing materials, LCG005070-5085, TEB Depo. Ex 6 | |
| 24 | Lightspeed Website, P00060-65, TEB Depo. Ex 7 | |
| 25 | Lightspeed LinkedIn, P000066-67, TEB Depo. Ex 8 | |
| 26 | Lightspeed Search Report, LCG001623-1943, TEB Depo. Ex 11 | |
| 27 | CORESEARCH Report, LCG001944-2640, TEB Depo. Ex 12 | |
| 28 | Lightspeed Net Sales and Expenses Summary 1/22-8/23, TEB Depo. Ex 13 | |

| | | |
|---|---|---|
| 29 | Lightspeed Revenue by Customer, TEB Depo. Ex 14 | |
| 30 | Lightspeed Fulfillment Webpage, LCG001580-1586 | |
| 31 | Lightspeed Careers Webpage, LCG001550-1555 | |
| 32 | Lightspeed Our Solutions Webpage, LCG001574-1579 | |
| 33 | Lightspeed Construction Webpage, LCG001593-1600 | |
| 34 | Lightspeed homepage, LCG001556-1566 | |
| 35 | Lightspeed Contact Webpage, LCG001587-1592 | |
| 36 | Lightspeed Partners Webpage, LCG001567-1573 | |
| 37 | Lightspeed Engineering Webpage, LCG001608-1614 | |
| 38 | Lightspeed Leadership Team Webpage, LCG001601-1607 | |
| 39 | Lightspeed About Webpage, LCG001615-1622 | |
| 40 | Lightspeed Brand Standards Kit, LCG000005-000010 | |

| | | |
|---|---|---|
| 41 | Lightspeed truck decal photo, LCG005123 | |
| 42 | Lightspeed Income and Expense Statement 1/22-11/23, LCG006236 | |
| 43 | Lightspeed Revenue by State, LCG006234 | |
| 44 | Agreements between Lightspeed or Knight and Comcast, LCG006240-9099 | |
| 45 | Charter MSA, CHRTR 000028-137 | |

## Exhibit 3

## Defendant's Trial Exhibit List

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Plaintiff's Responses to First Set of Interrogatories from Defendant, Ex. 2 to Deposition of Robert B. Fuller ("RBF Depo.") |
| 2 | | | | Marketing Flyer, Bates P000076 (RBF Depo. Ex. 3) |
| 3 | | | | Trademark Registration Certificates (RBF Depo. Ex. 7) |
| 4 | | | | Office Action (RBF Depo. Ex. 8) |
| 5 | | | | Facebook Page (RBF Depo. Ex. 9) |
| 6 | | | | Marketing Flyer, Bates P000139 (RBF Depo. Ex. 10) |
| 7 | | | | Page Vault Lightspeed Network, Bates LCG006174-6176 (RBF Depo. Ex. 12) |
| 8 | | | | Page Vault Lightspeed Technologies, Bates LCG006183-6187 (RBF Depo. Ex. 13) |
| 9 | | | | Page Vault Lightspeed, Bates LCG006119-6123 (RBF Depo. Ex. 14) |
| 10 | | | | Page Vault Lightspeed Networks, Bates LCG006143-6145 (RBF Depo. Ex. 15) |
| 11 | | | | Page Vault Lightspeed Electrical Services, Bates LCG006171-6173 (RBF Depo. Ex. 17) |
| 12 | | | | Page Vault Lightspeed Communications, Bates LCG006152-6159 (RBF Depo. Ex. 18) |
| 13 | | | | Page Vault Lightspeed Group, Bates LCG006095-6101 (RBF Depo. Ex. 19) |
| 14 | | | | Page Vault Lightspeed Utility Contractor Trenching & Boring Specialists, Bates LCG006188-6194 (RBF Depo. Ex. 20) |
| 15 | | | | Page Vault Lightspeed TV-Internet-Phone, Bates LCG006146-6148 (RBF Depo. Ex. 21) |

| | | | | |
|---|---|---|---|---|
| 16 | | | | Page Vault Lightspeed Communications, Bates LCG006172-6074 (RBF Depo. Ex. 22) |
| 17 | | | | Page Vault Lightspeed Mobile, Bates LCG006111-6118 (RBF Depo. Ex. 23) |
| 18 | | | | Page Vault Lightspeed Technologies, Inc., Bates LCG006149-6151 (RBF Depo. Ex. 24) |
| 19 | | | | Page Vault Lightspeed Technologies, Bates LCG006124-6127 (RBF Depo. Ex. 25) |
| 20 | | | | Page Vault Lightspeed Business, Bates LCG006108-6110 (RBF Depo. Ex. 26) |
| 21 | | | | Lightspeed Construction Group Letter, LCG001421-1423, Ex. 2 to Deposition of Thomas E. Barnes ("TEB Depo.") |
| 22 | | | | Lightspeed competitor email, LCG004037-4040, TEB Depo. Ex 5 |
| 23 | | | | Full Circle Fiber Partners marketing materials, LCG005070-5085, TEB Depo. Ex 6 |
| 24 | | | | Lightspeed Website, P00060-65, TEB Depo. Ex 7 |
| 25 | | | | Lightspeed LinkedIn, P000066-67, TEB Depo. Ex 8 |
| 26 | | | | Lightspeed Search Report, LCG001623-1943, TEB Depo. Ex 11 |
| 27 | | | | CORESEARCH Report, LCG001944-2640, TEB Depo. Ex 12 |
| 28 | | | | Lightspeed Net Sales and Expenses Summary 1/22-8/23, TEB Depo. Ex 13 |
| 29 | | | | Lightspeed Revenue by Customer, TEB Depo. Ex 14 |
| 30 | | | | Lightspeed Fulfillment Webpage, LCG001580-1586 |
| 31 | | | | Lightspeed Careers Webpage, LCG001550-1555 |
| 32 | | | | Lightspeed Our Solutions Webpage, LCG001574-1579 |
| 33 | | | | Lightspeed Construction Webpage, LCG001593-1600 |
| 34 | | | | Lightspeed homepage, LCG001556-1566 |

| | | | | |
|---|---|---|---|---|
| 35 | | | | Lightspeed Contact Webpage, LCG001587-1592 |
| 36 | | | | Lightspeed Partners Webpage, LCG001567-1573 |
| 37 | | | | Lightspeed Engineering Webpage, LCG001608-1614 |
| 38 | | | | Lightspeed Leadership Team Webpage, LCG001601-1607 |
| 39 | | | | Lightspeed About Webpage, LCG001615-1622 |
| 40 | | | | Lightspeed Brand Standards Kit, LCG000005-000010 |
| 41 | | | | Lightspeed truck decal photo, LCG005123 |
| 42 | | | | Lightspeed Income and Expense Statement 1/22-11/23, LCG006236 |
| 43 | | | | Lightspeed Revenue by State, LCG006234 |
| 44 | | | | Agreements between Lightspeed or Knight and Comcast, LCG006240-9099 |
| 45 | | | | Charter MSA, CHRTR 000028-137 |

**Exhibit 4**

**Defendant's Objections to Plaintiff's Exhibits**

| EXHIBIT LIST | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 1. | U.S. Registration No. 6,410,085 for LIGHTSPEED (Amended Complaint Ex.1) | |
| 2. | U.S. Registration No. 6,410,087 for LIGHTSPEED (Amended Complaint Ex. 2) | |
| 3. | U.S. Registration No. 5,947,381 for LIGHTSPEED VOICE (Amended Complaint Ex. 3) | |
| 4. | U.S. Registration No. 5,744,207 for LIGHTSPEED VOICE (Amended Complaint Ex. 4) | |
| 5. | Web page located at https://lightspeedcg.com (Amended Complaint Ex. 5; P000060-65) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 6. | Letter dated December 8, 2022 from Douglas A. Cherry to Defendant | |
| 7. | Transcript of Deposition of Corporate Representative of Lightspeed Construction Group, Thomas E. Barnes, taken November 29, 2023 | Should not be admitted in its entirety. See Plaintiff's deposition designations and objections thereto. |
| 8. | Plaintiff Lightspeed CLEC, Inc.'s Notice of Taking Deposition of Defendant Lightspeed Construction Group LLC (Barnes Ex. 1) | |
| 9. | Letter dated November 29, 2021 from Lightspeed Construction Group to its Valued Customers & Trusted Colleagues (Barnes Ex. 2; LCG001421-1423) | |
| 10. | Email dated August 16, 2021, from Ed DeLong to Wayne Davis (Barnes Ex. 3; LCG002686) | |
| 11. | Email dated August 30, 2021, from Tom Barnes to Ben Rogers (email chain) (Barnes Ex. 4; LCG006022-6023) | |
| 12. | Email dated October 15, 2021, from Ed DeLong to Jaymie Scotto Cutala and Megan Wesley (email chain) (Barnes Ex. 5; LCG004037-4040) | |
| 13. | Presentation regarding Full Circle Fiber Partners (Barnes Ex. 6; LCG005070-5085) | |
| 14. | LinkedIn page (Barnes Ex. 8; P000066) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 15. | Google reviews (Barnes Ex. 9; P000026-29) | Relevance, hearsay, potential prejudice outweighs any probative value |
| 16. | Email dated October 22, 2021 from Gary Chapman to Rick Jackman (email chain) (Barnes Ex. 10; LCG000353-354) | Relevance, hearsay |
| 17. | Trademark search (Barnes Ex. 11; LCG001623-1943) | |
| 18. | Trademark search (Barnes Ex. 12; LCG001944-2368) | |
| 19. | Financial statement (Barnes Ex. 13) | |
| 20. | Financial statement (Barnes Ex. 14) | |
| 21. | Call transcript (P000265-267) | Relevance, hearsay |
| 22. | Photograph (P000263) | Relevance, hearsay |
| 23. | Photograph (P000264) | Relevance, hearsay |
| 24. | Recording of call transcribed at P000265-267 | Relevance, hearsay |
| 25. | Charter (Spectrum) damage claim log (CHRTR000001-27) | Relevance, hearsay, potential prejudice outweighs any probative value |
| 26. | Master Contractor Agreement dated November 13, 2023, between Charter Communications Operating, LLC and Defendant (CHRTR000028-64) | |
| 27. | Addendum #001 (CHRTR000065-73) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 28. | Description of Defedant's business (LCG000003) | |
| 29. | Defendant's Brand standards kit (LCG000005-10) | |
| 30. | Defendant's Certificate of Formation dated September 23, 2021 (LCG000030) | Relevance |
| 31. | Brand and Messaging Guide (LCG000666-690) | Relevance, hearsay |
| 32. | USPTO Trademark File (LCG001499-1549) | |
| 33. | Defendant's Careers web page (LCG001550-1555) | |
| 34. | Defendant's Communications Infrastructure Construction web page (LCG001556-1586) | |
| 35. | Defendant's Partners web page (LCG001567-1573) | |
| 36. | Defendant's Our Solutions web page (LCG001574-1579) | |
| 37. | Defendant's Fulfillment web page (LCG001580-1586) | |
| 38. | Defendant's Contact web page (LCG001587-1592) | |
| 39. | Defendant's Construction web page (LCG001593-1600) | |
| 40. | Defendant's Leadership Team web page (LCG001601-1607) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 41. | Defendant's Engineering web page (LCG001608-1614) | |
| 42. | Defendant's About web page (LCG001615-1622) | |
| 43. | Consulting Services Agreement dated September 17, 2021, between Jaymie Scotto & Associates, LLC and Knight Broadband LLC (LCG002749-2760) | Relevance |
| 44. | LightSpeed Construction Group & JSA Agenda (LCG002768) | Relevance, hearsay |
| 45. | Trademark Application (LCG002832-2837) | |
| 46. | Email dated September 30, 2021, from Ed DeLong to Wayne Davis and Kari Hourany (LCG002983-2984) | |
| 47. | Website Consulting Services Agreement dated October 21, 2021, between Jaymie Scotto & Associates, LLC and Knight Broadband LLC (LCG004940-4949) | Relevance |
| 48. | Lightspeed What We Do (Solutions) (LCG005209-5219) | Relevance, hearsay |
| 49. | Email dated November 11, 2021, from Laurel Burton to Ed DeLong and Kari Hourany (LCG005339) | Relevance, hearsay |
| 50. | Email dated 11/12/2021, from Laurel Burton to Ed DeLong (LCG005362) | Relevance, hearsay |
| 51. | Financial Statement (LCG006236) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 52. | Full Circle Fiber Partners “Lightspeed Construction Group” web page (P000030-31) | |
| 53. | USPTO TESS Printout (P000032-33) | |
| 54. | Lightspeed Construction Group website (P000034-59) | |
| 55. | Plaintiff’s Lightspeed-branded advertising (P000068) | |
| 56. | Plaintiff’s Lightspeed-branded advertising (P000069) | |
| 57. | Plaintiff’s Lightspeed-branded advertising (P000070) | |
| 58. | Plaintiff’s Lightspeed-branded advertising (P000071) | |
| 59. | Plaintiff’s Lightspeed-branded advertising (P000072) | |
| 60. | Plaintiff’s Lightspeed-branded advertising (P000073) | |
| 61. | Plaintiff’s Lightspeed-branded advertising (P000074) | |
| 62. | Plaintiff’s Lightspeed-branded advertising (P000075) | |
| 63. | Plaintiff’s Lightspeed-branded advertising (P000076) | |
| 64. | Plaintiff’s Lightspeed-branded advertising (P000077) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 65. | Plaintiff's Lightspeed-branded advertising (P000078) | |
| 66. | Plaintiff's Lightspeed-branded advertising (P000079) | |
| 67. | Plaintiff's Lightspeed-branded advertising (P000080) | |
| 68. | Plaintiff's Lightspeed-branded advertising (P000081-82) | |
| 69. | Plaintiff's Lightspeed-branded advertising (P000087) | |
| 70. | Plaintiff's Lightspeed-branded advertising (P000090) | |
| 71. | Plaintiff's Lightspeed-branded advertising (P000093) | |
| 72. | Plaintiff's Lightspeed-branded advertising (P000110) | |
| 73. | Plaintiff's Lightspeed-branded advertising (P000111) | |
| 74. | Plaintiff's Lightspeed-branded advertising (P000112) | |
| 75. | Plaintiff's Lightspeed-branded advertising (P000115) | |
| 76. | Plaintiff's Lightspeed-branded advertising (P000116) | |
| 77. | Plaintiff's Lightspeed-branded advertising (P000117) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 78. | Plaintiff's Lightspeed-branded advertising (P000118) | |
| 79. | Plaintiff's Lightspeed-branded advertising (P000130) | |
| 80. | Plaintiff's Lightspeed-branded advertising (P000133) | |
| 81. | Plaintiff's Lightspeed-branded advertising (P000139) | |
| 82. | Plaintiff's Lightspeed-branded advertising (P000140) | |
| 83. | Plaintiff's Lightspeed-branded advertising (P000141) | |
| 84. | Plaintiff's Lightspeed-branded advertising (P000142) | |
| 85. | Plaintiff's Lightspeed-branded advertising (P000143) | |
| 86. | Plaintiff's Lightspeed-branded advertising (P000144) | |
| 87. | Plaintiff's Lightspeed-branded advertising (P000146) | |
| 88. | Plaintiff's Lightspeed-branded advertising (P000147) | |
| 89. | Plaintiff's Lightspeed-branded advertising (P000150) | |
| 90. | Plaintiff's Lightspeed-branded advertising (P000152) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 91. | Plaintiff's Lightspeed-branded advertising (P000153) | |
| 92. | Plaintiff's Lightspeed-branded advertising (P000154) | |
| 93. | Plaintiff's Lightspeed-branded advertising (P000155) | |
| 94. | Plaintiff's Lightspeed-branded advertising (P000156) | |
| 95. | Plaintiff's Lightspeed-branded advertising (P000161) | |
| 96. | Plaintiff's Lightspeed-branded advertising (P000162) | |
| 97. | Plaintiff's Lightspeed-branded advertising (P000163) | |
| 98. | Plaintiff's Lightspeed-branded advertising (P000164) | |
| 99. | Plaintiff's Lightspeed-branded advertising (P000165) | |
| 100. | Plaintiff's Lightspeed-branded advertising (P000166) | |
| 101. | Plaintiff's Lightspeed-branded advertising (P000167) | |
| 102. | Plaintiff's Lightspeed-branded advertising (P000168) | |
| 103. | Plaintiff's Lightspeed-branded advertising (P000169) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 104. | Plaintiff's Lightspeed-branded advertising (P000171) | |
| 105. | Plaintiff's Lightspeed-branded advertising (P000172) | |
| 106. | Plaintiff's Lightspeed-branded advertising (P000173) | |
| 107. | Plaintiff's Lightspeed-branded advertising (P000175) | |
| 108. | Plaintiff's Lightspeed-branded advertising (P000190-91) | |
| 109. | Plaintiff's Lightspeed-branded advertising (P000192) | |
| 110. | Tampa Bay Business Journal recognition (P000095) | |
| 111. | Press Release (P000083-86) | Relevance |
| 112. | Press Release (P000088-89) | |
| 113. | Press Release (P000091-92) | |
| 114. | Newspaper Article (P000094) | Relevance |
| 115. | Newspaper Article (P000096) | |
| 116. | Newspaper Article (P000097) | |
| 117. | Newspaper Article (P000098) | |
| 118. | Newspaper Article (P000099) | Relevance |
| 119. | Newspaper Article (P000100) | Relevance |
| 120. | Newspaper Article (P000109) | Relevance |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 121. | Newspaper Article (P000118) | Relevance |
| 122. | Newspaper Article (P000119) | Relevance |
| 123. | Newspaper Article (P000120) | Relevance |
| 124. | Newspaper Article (P000134) | Relevance |
| 125. | Newspaper Article (P000135) | |
| 126. | Newspaper Article (P000170) | Relevance |
| 127. | Thank You Letter (P000101) | Relevance |
| 128. | Thank You Letter (P000102) | Relevance |
| 129. | Recognition Letter (P000103) | Relevance |
| 130. | Recognition Certificate (P000104) | Relevance |
| 131. | Thank You Letter (P000105) | Relevance |
| 132. | Thank You Letter (P000106) | Relevance |
| 133. | Recognition Letter (P000107) | Relevance |
| 134. | Recognition Letter (P000108) | Relevance |
| 135. | Thank You Letter (P000113) | Relevance |
| 136. | Thank You Letter (P000114) | Relevance |
| 137. | Business Card (P000121) | |
| 138. | Recognition Ad (P000122) | Relevance |
| 139. | Recognition Letter (P000123) | Relevance |
| 140. | Recognition Letter (P000124) | Relevance |
| 141. | Recognition Letter (P000125) | Relevance |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 142. | Recognition Letter (P000126) | Relevance |
| 143. | Recognition Letter (P000127) | Relevance |
| 144. | Recognition Letter (P000128) | Relevance |
| 145. | Recognition Letter (P000129) | Relevance |
| 146. | Thank You Letter (P000131) | Relevance |
| 147. | Recognition Certificate (P000132) | Relevance |
| 148. | Recognition Letter (P000136) | Relevance |
| 149. | Recognition Letter (P000137) | Relevance |
| 150. | Sponsor Badges (P000138) | |
| 151. | Recognition Sign (P000145) | |
| 152. | Recognition Certificate (P000148) | Relevance |
| 153. | Recognition Award (P000149) | Relevance |
| 154. | Recognition Letter (P000151) | |
| 155. | Lightspeed Solution Analysis (P000157-60) | Relevance, hearsay |
| 156. | Customer Testimonials (P000180-89) | Relevance, hearsay |
| 157. | Proposal for Wireless Networking (P000177-180) | |
| 158. | Agreement Request Form (P000187-190) | |
| 159. | Installation and Construction Agreement (P000210-226) | |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 160. | PrismPBX Telephone System Proposal (P000227-230) | |
| 161. | Amended Complaint and Demand for Jury Trial, Injunctive Relief Sought (Dkt. 8) | Relevance |
| 162. | Exhibits to Amended Complaint and Demand for Jury Trial, Injunctive Relief Sought (Dkt. 9) | |
| 163. | Defendant's Answer to Amended Complaint (Dkt. 17) | |
| 164. | Case Management and Scheduling Order (Dkt. 28) | Relevance |
| 165. | Plaintiff's Initial Disclosures | Relevance |
| 166. | Defendant's Initial Disclosures | Relevance |
| 167. | Plaintiff's Responses to Defendant's First Set of Interrogatories | Relevance, hearsay |
| 168. | Plaintiff's Responses to Defendant's First Request for Production | Relevance |
| 169. | Plaintiff's Supplemental Response to Defendant's Interrogatory No. 9 | Relevance, hearsay |
| 170. | Defendant's Responses to Plaintiff's First Set of Interrogatories | |
| 171. | Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories | |
| 172. | Defendant's Responses to Plaintiff's First Request for Production | Relevance |

| EXHIBIT LIST – CONTINUATION SHEET | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Objection** |
| 173. | Defendant's Supplemental Responses to Plaintiff's First Request for Production | Relevance |
| 174. | Defendant's Responses to Plaintiff's Second Request for Production | Relevance |
| 175. | Defendant's Privilege Log | Relevance |
| 176. | All pleadings filed in this case | Relevance, hearsay |
| 177. | All discovery responses of the parties in this matter | Relevance, hearsay |
| 178. | All exhibits for impeachment or rebuttal | Description is too vague to identify proposed exhibit |
| 179. | All exhibits identified by Defendant | |
| 180. | All newly discovered exhibits, upon reasonable notice to opposing counsel | Description is too vague to identify proposed exhibit |

## Exhibit 5

## Plaintiff's (1) Deposition Designations and (2) Counter-Designations and Objections to Defendant's Deposition Designations

Designations of Deposition of Thomas E. Barnes

| **Page** | **Line(s)** |
|---|---|
| 5 | 21-22 |
| 8 | 13-21 |
| 24 | 20-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-7 |
| 28 | 6-25 |
| 31 | 19-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-16 |
| 38 | 1-5; 13-25 |
| 39 | 1-9 |
| 40 | 2-6 |
| 42 | 24-25 |
| 43 | 1-19 |

| **Page** | **Line(s)** |
|---|---|
| 44 | 24-25 |
| 45 | 1-25 |
| 46 | 1-10 |
| 47 | 7-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1 |
| 58 | 7-25 |
| 59 | 1-16 |
| 64 | 21-25 |
| 65 | 1-2 |
| 66 | 5-25 |
| 67 | 1-25 |

| **Page** | **Line(s)** |
|---|---|
| 68 | 1-5; 13-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-3 |
| 72 | 10-25 |
| 73 | 1-5;14-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-10; 22-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-14 |
| 86 | 17-25 |
| 87 | 1-8 |

| **Page** | **Line(s)** |
|---|---|
| 94 | 3-25 |
| 95 | 1-25 |
| 96 | 1-3 |
| 98 | 3-25 |
| 99 | 1-22 |
| 100 | 3-25 |
| 101 | 1-25 |
| 102 | 1-25 |
| 103 | 1-25 |
| 104 | 1-25 |
| 105 | 1-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-21 |
| 114 | 4-25 |
| 115 | 1-25 |
| 116 | 1-25 |
| 117 | 1-25 |
| 118 | 1-25 |
| 119 | 1-21 |

| **Page** | **Line(s)** |
|---|---|
| 123 | 21-25 |
| 124 | 1-25 |
| 125 | 1-25 |
| 126 | 1-25 |
| 127 | 1-25 |
| 128 | 1-25 |
| 129 | 1-9; 19-25 |
| 130 | 1-4 |
| 134 | 4-25 |
| 135 | 1-2; 9-25 |
| 136 | 1-25 |
| 137 | 1-25 |
| 138 | 1-25 |
| 139 | 1-25 |
| 140 | 1-25 |
| 141 | 1-25 |
| 142 | 1-25 |
| 143 | 1-25 |
| 144 | 1-25 |
| 145 | 1-25 |

| **Page** | **Line(s)** |
|---|---|
| 146 | 1-25 |
| 147 | 1-25 |
| 148 | 1-25 |
| 149 | 1-16 |
| 150 | 1-20 |
| 151 | Certificate of Oath |
| 152 | Reporter's Certificate |

Objections to Designations of Deposition of Robert B. Fuller

| **Page(s):Line(s)** | **Basis for Objection** |
|---|---|
| 71:7-73:17, Ex. 8 | Speculation; Relevance |
| 74:5-22, Ex. 8 | Speculation; Relevance |
| 94:19-100:19<br>Exs. 12-15 | Speculation; Relevance |
| 101:23-111:18<br>Exs. 17-26 | Speculation; Relevance |

Counter-Designations of Deposition of Robert B. Fuller

| **Page** | **Line(s)** |
|---|---|
| 8 | 1-21 |
| 26 | 9-18 |

| **Page** | **Line(s)** |
|---|---|
| 33 | 23-25 |
| 34 | 1-25 |
| 35 | 1-8 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-14 |
| 40 | 4-13; 20-25 |
| 41 | 4-10 |
| 45 | 6-25 |
| 46 | 1; 8-25 |
| 47 | 1-20 |
| 61 | 10-25 |
| 62 | 1-6 |
| 68 | 7-24 |
| 76 | 5-23 (conditional designation if 71:7-73:17, 74:5-22, Ex. 8 are permitted) |
| 77 | 22-25 |
| 78 | 1-7 |
| 83 | 22-25 |

| **Page** | **Line(s)** |
|---|---|
| 84 | 1-5; 13-25 |
| 85 | 1-2; 22-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-23 |
| 91 | 14-25 |
| 92 | 1-2 |

**Exhibit 6**

**Defendant's Deposition Designations, Objections to Plaintiff's Designations of the Thomas E. Barnes Deposition, and Counter-Designations**

Defendant's designations of the Videotaped Deposition of Robert B. Fuller

(Page:line)
5:12-16
7:22-25
10:6-11:5
18:13-24:14
25:9-26:8
26:19-32:2
33:2-22
38:17-40:3
40:14-19
41:1-3
41:11-42:17
43:1-44:11
46:2-7
55:12-61:9
71:6-73:17
74:5-22
78:21-79:8
79:19-83:21
85:3-21
89:8-90:20
92:17-93:16
94:19-100:19
101:23-111:18
112:3-113:6

Objections to Plaintiff's designations of the Thomas E. Barnes deposition

(Page:line)

38:1-5: Relevance
38:13-25: Relevance
39:1-9: Relevance
45:10-46:10: Speculation, relevance
48:14-49:3: Speculation, relevance
70:24-71:3: Speculation

94:12-95:18: Relevance
114:4-119:21: Relevance
127:25-128:18: Relevance
129:19-130:4: Relevance

Defendant's counter-designations of the deposition of Thomas E. Barnes

27:8-20

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, the foregoing was filed electronically with the Court, which will provide notice to all attorneys of record.

/s/ J. Todd Timmerman
Attorney